**Fill in this information to identify the case:**

Debtor name    **Kart Construction & Equipment Co., Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-41187-7**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $      547,789.24

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $      547,789.24

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      701,927.64

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $      291,010.60

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      16,787,617.91

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b      $      17,780,556.15

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Kart Construction & Equipment Co., Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-41187-7**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

3.1.   **Fidelity Bank**          **Checking**          1391          $43,016.00

4.   **Other cash equivalents** *(Identify all)*

4.1.   **First Texas Homes check related to settlement.**          $13,801.24

5.   **Total of Part 1.**          $56,817.24
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Kart Construction & Equipment Co., Inc.**      Case number (If known) **17-41187-7**

Name

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 890,972.00* | - | 400,000.00 | =.... | $490,972.00 |
| | face amount | | doubtful or uncollectible accounts | | |

*See attached Exhibit to Schedules A/B, No. 11.

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | $490,972.00 |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Kart Construction & Equipment Co., Inc.**        Case number *(If known)*   **17-41187-7**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $56,817.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $490,972.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +    $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $547,789.24 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $547,789.24 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

7:47 PM
03/19/17

# Kart Construction & Equipment Co., Inc.
## A/R Aging Summary
### As of March 19, 2017

| | | | TOTAL |
|---|---|---|---|
| **Arcadia LLC** | 3500 Maple Avenue, Suite 1165 | Dallas, Texas 75219 | |
| Raiford Crossing Ph 2 | | | 4,202.50 |
| Raiford Crossing Ph 2 (Lots) | | | 898.45 |
| Raiford Public Utilities | | | -6,843.21 |
| Raiford Sec B Earthwork | | | 4,468.34 |
| Total Arcadia LLC | | | 2,726.08 |
| **Bloomfield Homes** | 1050 E. Highway 114, Suite 210 | Southlake, TX 76092 | |
| Cross Oaks Ranch Ph 3 Tract 15 | | | 21,234.40 |
| Hagan Hill Ph 1 Excavation | | | 38,737.50 |
| West Crossing Ph 5 Grading | | | 17,782.50 |
| Total Bloomfield Homes | | | 77,754.40 |
| **CA-CADG FM 30 LLC** | C/o 1800 Valley View Lane, Ste 300 | Farmers Branch, TX 75234 | |
| Edgewood Excavation | | | 16,782.85 |
| Edgewood Hourly | | | 3,830.00 |
| Total CA-CADG FM 30 LLC | | | 20,612.85 |
| **CA-Centurion Acquisitions, LP** | C/o 1800 Valley View Lane, Ste 300 | Farmers Branch, TX 75234 | |
| Villas at Stacy Excavation | | | 45,647.66 |
| Villas at Stacy Wet Utilities | | | 143,035.57 |
| Total CA-Centurion Acquisitions, LP | | | 188,683.23 |
| **CA-CTMGT** | C/o 1800 Valley View Lane, Ste 300 | Farmers Branch, TX 75234 | |
| Creeks of Legacy Excavation | | | 14,175.02 |
| Total CA-CTMGT | | | 14,175.02 |
| **D W Carmel, LLC** | 5305 Village Creek Dr. Plano, Texas 75093 | | |
| Villages of Carmel Ph 5A | | | 104,535.77 |
| Total D W Carmel, LLC | | | 104,535.77 |

**ATTACHMENT TO SCHEDULES A/B, NO. 11**

# Kart Construction & Equipment Co., Inc.
## A/R Aging Summary
### As of March 19, 2017

| | | | TOTAL |
|---|---|---|---:|
| Denton County Fresh Water District | C/o 19 Briar Hollow Lane, Suite 245 | Houston, TX 77027 | |
| Frisco Hills 28 Hourly | | | 4,800.00 |
| Total DCFWD | | | 4,800.00 |
| First Texas Homes | 300 Crescent Court, Suite 350 | Dallas, TX 75201 | |
| Avondale Ph 1 Excavation | | | 23,730.05 |
| La Jolla Ph 1 | | | 17,501.19 |
| Total First Texas Homes | | | 41,231.24 |
| GM Construction TX | P O Box 851 | Prosper, TX 75078-0851 | |
| Lantana Barrington Ph A | | | 43,303.62 |
| Total GM Construction TX | | | 43,303.62 |
| History Maker Homes | 9001 Airport Freeway, Suite 400 | North Richland Hills, TX 76108 | |
| HMH Garden Heights, L.P. | | | 18,984.03 |
| Harbor Village at Providence Ph 6 | | | 9,882.90 |
| Waxahachie 147 LTD - Mustang Creek Ph. 4 | | | 11,974.50 |
| Palmilla Springs Ph 3 Excavation | | | 23,977.00 |
| Total History Maker Homes | | | 64,818.43 |
| UST-Heartland, LP | 8200 Douglas Ave., Suite 300 | Dallas, TX 75225 | |
| Heartland Autumn Village Phase Two | | | 13,994.90 |
| Total HW Heartland, L.P. | | | 13,994.90 |
| JBGL CHATEAU, LLC | 3131 Harvard Ave., Suite 104 | Dallas, TX 75205 | |
| Lakeside Hourly | | | 6,500.00 |
| Total JBGL | | | 6,500.00 |
| Jim Bell Construction | 12160 Abrams Road | Dallas, TX 75243 | |
| Fox Hollow Ph 5 | | | 19,866.37 |
| Total Jim Bell Construction | | | 19,866.37 |

7:47 PM
03/19/17

# Kart Construction & Equipment Co., Inc.
## A/R Aging Summary
### As of March 19, 2017

| | | | TOTAL |
|---|---|---|---|
| LGI Homes, Inc. | 1450 Lake Robbins Dr., Suite 430 | The Woodlands, Texas 77380 | |
| Northpointe Crossing Ph 2 | | | 11,256.58 |
| Stone Creek Ranch Ph 5 | | | 33,367.61 |
| Woodlands Ph III | | | 13,552.50 |
| Total LGI Homes, Inc. | | | 58,176.69 |
| | | | |
| Oak Creek Trails, LP | 4500 Sterling Lane | Plano, TX 75093 | |
| Oak Creek Trails, LP | | | 25,328.12 |
| Total Oak Creek Trails, LP | | | 25,328.12 |
| | | | |
| Oak National Holdings LLC | 5763 S. SH 205, Suite  100 | Rockwall, TX 75032 | |
| Creek Crossing Ph 1 | | | 12,172.10 |
| Total Oak National Holdings LLC | | | 12,172.10 |
| | | | |
| Oak Point Water District No 1 | C/o 5305 Village Creek Drive | Plano, Texas 75093 | |
| Hourly | | | 5,650.00 |
| Total Oak Point Water District No 1 | | | 5,650.00 |
| | | | |
| Paul Taylor Homes Limited | 17950 Preston Road, Suite 700 | Dallas, TX 75252 | |
| Malone Estates | | | 19,845.00 |
| Total Paul Taylor Homes | | | 19,845.00 |
| | | | |
| Preston General Contractors LLC | C/o 13740 Midway Rd, Suite 603 | Dallas, TX 75244 | |
| Piazza on the Green | | | 13,496.90 |
| Total Preston General Contractors LLC | | | 13,496.90 |
| | | | |
| Rockwall County MUD NO 9 | C/o 255 Alhambra Circle, Suite 325 | Coral Gables, FL 33134 | |
| Woodcreek 9A Grading | | | 21,315.88 |
| Total Rockwall County MUD | | | 21,315.88 |
| | | | |
| Valencia Public Improvement District | C/o 1221 N. IH-35E Suite 200 | Carrollton, TX 75006 | |
| Rockhill Parkway Drainage | | | -14,606.90 |
| Valencia Hourly | | | 1,650.00 |

7:47 PM
03/19/17

# Kart Construction & Equipment Co., Inc.
## A/R Aging Summary
### As of March 19, 2017

| | | TOTAL |
|---|---|---|
| Total Valencia Public Improvement District | | -12,956.90 |
| W/J Homestead LP | 600 North Pearl Street, Suite 650, L.P. 149    Dallas, Texas 75201 | |
| Wilmeth Ridge North Ph 1 | | 44,426.02 |
| Total W/J Homestead LP | | 44,426.02 |
| Trailwood Investments, LP | C/o 218 W Wall Street    Grapevine, TX 76051 | |
| Trailwood Ph 1 | | 100,517.10 |
| Total Zena Land Development | | 100,517.10 |
| TOTAL | | 890,972.82 |

**Fill in this information to identify the case:**

Debtor name    **Kart Construction & Equipment Co., Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-41187-7**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   **Ozona National Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Accounts receivable, retainage receivable, and genral intagibles** | **$701,927.64** | Unknown |
| **P O Box 430**<br>**Ozona, TX 76943**<br>Creditor's mailing address | Describe the lien<br>**UCC1**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred<br>**8/10/12**<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | | | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$701,927.64**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Kart Construction & Equipment Co., Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-41187-7**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Tarrant County Tax**<br>**Assessor-Collector**<br>**100 E. Weatherford**<br>**Fort Worth, TX 76196** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$291,010.60** | **$0.00** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Personal property tax - equipment** | | |
| | Last 4 digits of account number **7139**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) **(8)** | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Airgas USA, LLC**<br>**P.O. Box 676015**<br>**Dallas, TX 75267-6015** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2.65** |
| | Date(s) debt was incurred **2016**<br>Last 4 digits of account number __ | Basis for the claim:  **Service charge**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**American Hydraulic Service**<br>**P.O. Box 560832**<br>**Dallas, TX 75356-0832** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$481.19** |
| | Date(s) debt was incurred **2016**<br>Last 4 digits of account number __ | Basis for the claim:  **Supplies**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Kart Construction & Equipment Co., Inc.** | Case number (if known) | **17-41187-7** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AT&T Mobility**
P.O. Box 6463
Carol Stream, IL 60197-6463

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **8442**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,139.15** |
|---|---|---|---|

**B&R Equipment Co., Inc.**
3100 Keller Hicks Road
Keller, TX 76248

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **R001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Rental and supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,957.03** |
|---|---|---|---|

**Bruckner's Truck Sales, Inc.**
Dept 959 PO Box 1000
Memphis, TN 38148

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **0873**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Repairs/parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289.38** |
|---|---|---|---|

**C & E Alternator Service**
1517 E. Irving Blvd.
Irving, TX 75060

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**CA-2M**
c/o 1800 Valley View Lane, Ste. 300
Farmers Branch, TX 75234

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,943,186.17** |
|---|---|---|---|

**Caterpillar Finance 001-0784141**
2120 West End Avenue
Nashville, TN 37201-0001

Date(s) debt was incurred  **2015-2016**

Last 4 digits of account number  **4141**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Equipment loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,765.44** |
|---|---|---|---|

**Caterpillar Financial Service Corporatio**
P.O.Box 730681
Dallas, TX 75373-0681

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **4658**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Kart Construction & Equipment Co., Inc.** | Case number (if known) | **17-41187-7** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,031.34** |
|---|---|---|---|

**Chase Credit Card**
P O Box 15123
Wilmington, DE 19850-5123

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card/supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,252.35** |
|---|---|---|---|

**Cintas 492**
P.O. Box 650838
Dallas, TX 75265-0838

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **4504**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Uniforms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,180.69** |
|---|---|---|---|

**City of Flower Mound**
2121 Cross Timbers Rd.
Flower Mound, TX 75028

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **6031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water - commercial**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$999.97** |
|---|---|---|---|

**City of Fort Worth**
P.O. Box 870
Fort Worth, TX 76101-0870

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **1616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water - commercial**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,207.26** |
|---|---|---|---|

**City of Grand Prairie - Water Utilities**
P.O. Box 660814
Grand Prairie, TX

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **6475**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Water - commercial**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$263.58** |
|---|---|---|---|

**City of McKinney**
PO BOX 8000
McKinney, TX 75070-8000

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water - commercial**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$99,036.12** |
|---|---|---|---|

**Contractors Fuel & Oil Supply, Inc.**
P.O. Box 14354
Haltom City, TX 76117

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Kart Construction & Equipment Co., Inc.** | Case number (if known) | **17-41187-7** |
|---|---|---|---|
| | Name | | |

---

**3.17** Nonpriority creditor's name and mailing address

CTC Transportation, Inc.
P.O. Box 488
Euless, TX 76039

Date(s) debt was incurred __2016__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Transport__

Is the claim subject to offset? ■ No ☐ Yes

**$5,056.00**

---

**3.18** Nonpriority creditor's name and mailing address

Denali Trucking Services, L.P.
3160 Commonwealth Dr., Ste. 190
Dallas, TX 75247

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$252,568.51**

---

**3.19** Nonpriority creditor's name and mailing address

Denton County Fresh Water District #10
C/o Severn Trent Services
P O Box 4978

Date(s) debt was incurred __2015-2016__

Last 4 digits of account number __9694__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Construction material__

Is the claim subject to offset? ■ No ☐ Yes

**$3,013.89**

---

**3.20** Nonpriority creditor's name and mailing address

Dial Lubricants, Inc.
P O Box 540607
Dallas, TX 75354-0607

Date(s) debt was incurred __2016__

Last 4 digits of account number __KART__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lubricants__

Is the claim subject to offset? ■ No ☐ Yes

**$154.28**

---

**3.21** Nonpriority creditor's name and mailing address

Emkay Industries, Inc
P. O. Box 59349
Dallas, TX 75229-1349

Date(s) debt was incurred __2016__

Last 4 digits of account number __0344__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$4,089.07**

---

**3.22** Nonpriority creditor's name and mailing address

Ferguson Waterworks
FEI # 788
PO Box 847411
Dallas, TX 75284-7411

Date(s) debt was incurred __2016__

Last 4 digits of account number __9900__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Job materials__

Is the claim subject to offset? ■ No ☐ Yes

**$120.27**

---

**3.23** Nonpriority creditor's name and mailing address

GCR Irving Truck Tire Center
3034 E Grauwyler St.
Irving, TX 75061

Date(s) debt was incurred __2016__

Last 4 digits of account number __6305__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Repairs/supplies__

Is the claim subject to offset? ■ No ☐ Yes

**$13,368.04**

---

| Debtor | Kart Construction & Equipment Co., Inc. | | Case number (if known) | 17-41187-7 |
|---|---|---|---|---|
| | Name | | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,846.19 |
|---|---|---|---|
| | GeoShack<br>1200 Riverside Drive<br>Fort Worth, TX 76111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Supplies** | |
| | Last 4 digits of account number **3174** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $811,297.82 |
|---|---|---|---|
| | H D Supply Waterworks<br>P O Box 840700<br>Dallas, TX 75284-0700 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2013 & 2015** | Basis for the claim: **Job materials** | |
| | Last 4 digits of account number **9844** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $943.58 |
|---|---|---|---|
| | H D Supply White Cap<br>P O Box 4852<br>Orlando, FL 32802-4852 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Job materials** | |
| | Last 4 digits of account number **9393** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,904.30 |
|---|---|---|---|
| | Heavyquip of Dallas<br>c/o ITR America, LLC<br>P.O. Box 741190 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Repairs** | |
| | Last 4 digits of account number **265C** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Holmes Murphy<br>P.O. Box 9207<br>Des Moines, IA 50306-9207 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Insurance** | |
| | Last 4 digits of account number **ONPC** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559,251.16 |
|---|---|---|---|
| | Holt Company<br>P.O. Box 650345<br>Dallas, TX 75265-0345 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2015-2016** | Basis for the claim: **Rentals/repairs/parts** | |
| | Last 4 digits of account number **6815** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,983.84 |
|---|---|---|---|
| | J E Guzman Construction, Inc.<br>8356 Lake Anna Dr.<br>Dallas, TX 75217 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Subcontractor/concrete** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Kart Construction & Equipment Co., Inc.** | Case number (if known) | **17-41187-7** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,625.09 |
|---|---|---|---|

**Ken Owens Battery**
275 S. Mill
Lewisville, TX 75057

Date(s) debt was incurred __2916__
Last 4 digits of account number __KART__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Parts/repairs__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,175.00 |
|---|---|---|---|

**Keys Tapping & Construction Services Inc**
P.O. Box 2574
Frisco, TX 75034

Date(s) debt was incurred __2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor/pipe__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.00 |
|---|---|---|---|

**Kirby's Radiator Service**
2832 E. Belknap
Fort Worth, TX 76111

Date(s) debt was incurred __2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Parts__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,526.89 |
|---|---|---|---|

**Kirby-Smith Machinery, Inc.**
P.O. Box 270360
Oklahoma City, OK 73137

Date(s) debt was incurred __2015-2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Rentals/repairs/parts__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,082.86 |
|---|---|---|---|

**Komatsu Finance**
P O Box 99303
Chicago, IL 60693-9303

Date(s) debt was incurred __2015-2016__
Last 4 digits of account number __8935__

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Rentals/repairs__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,046,610.06 |
|---|---|---|---|

**Komatsu Finance 777-0028935-62**
1701 West Golf Road
Rolling Meadows, IL 60008

Date(s) debt was incurred __2015-2016__
Last 4 digits of account number __0062__

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Equipment loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,856.00 |
|---|---|---|---|

**Magnum Manhole & Underground Company**
P O Box 462427
Garland, TX 75046

Date(s) debt was incurred __2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor/manholes__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Kart Construction & Equipment Co., Inc.** | Case number (if known) | **17-41187-7** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,301.50 |
|---|---|---|---|

**Meade Servicing Group, Inc.**
PO Box 2107
Rockwall, TX 75087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Subcontractor/erosion control**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.88 |
|---|---|---|---|

**Metro Blueline**
8713 W. Bedford-Euless Rd.
Hurst, TX 76053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Painting**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,275.95 |
|---|---|---|---|

**RDO Equipment Co.**
P.O. Box 7160
    ND 58160-7160

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Rentals**

Last 4 digits of account number  **0014**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.00 |
|---|---|---|---|

**Redi-Mix Concrete**
P.O. Box 844425
Dallas, TX 75284-4425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **1893**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,092.62 |
|---|---|---|---|

**Rental One**
P.O. Box 489
Colleyville, TX 76034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Rental**

Last 4 digits of account number  **5092**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,585.00 |
|---|---|---|---|

**Roadstar Trucking Sevices, LLC**
P.O.Box 154346
Irving, TX 75015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Trucking**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,063.51 |
|---|---|---|---|

**Romco Equipment Co.. Inc.**
P.O. Box 841496
Dallas, TX 75284-1496

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Parts/rentals**

Last 4 digits of account number  **9230**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kart Construction & Equipment Co., Inc.** | Case number (if known) | **17-41187-7** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,899.70 |
|---|---|---|---|

**Shaw Bros. Welding, Inc.**
1105 E. Belknap
Fort Worth, TX 76102

Date(s) debt was incurred  **2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reparis**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,232,943.77 |
|---|---|---|---|

**Signature Equipment Lease**
PO Box 5524
Hicksville, NY 11802-5524

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **2001**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Equipment residual**

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,959.36 |
|---|---|---|---|

**Stuart Hose & Pipe Co.**
701 Riverside Drive
Fort Worth, TX 76111

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **R100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,748.51 |
|---|---|---|---|

**Sunstate Equipment Co.**
P O BOX 52581
Phoenix, AZ 85072-2581

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **2795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rentals**

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,666.76 |
|---|---|---|---|

**Texas Erosion Supply, LP**
1327 Century-Way
Wylie, TX 75098

Date(s) debt was incurred  **2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Job materials**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,482.50 |
|---|---|---|---|

**Tomas Reyes Trucking, Inc.**
3529 Peoria Street
Dallas, TX 75212

Date(s) debt was incurred  **2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trucking**

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,409.91 |
|---|---|---|---|

**Tulco Oils, Inc.**
PO Box 1611
Lowell, AR 72745

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **2089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Oil**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Kart Construction & Equipment Co., Inc. | Case number (if known) | 17-41187-7 |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,869.99 |
|---|---|---|---|

**United Site Services of Dallas, Inc.**
P.O. Box 660475
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Restrooms**

Last 4 digits of account number  **9760**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,969.78 |
|---|---|---|---|

**Volvo Financial Services**
P O Box 7247-0236
Philadelphia, PA 19170-0236

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Rentals/repairs**

Last 4 digits of account number  **0819**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 291,010.60 |
| 5b. Total claims from Part 2 | 5b. + | $ 16,787,617.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 17,078,628.51 |

**Fill in this information to identify the case:**

Debtor name    **Kart Construction & Equipment Co., Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-41187-7**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   - ■ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

2.2   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

2.3   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

2.4   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     **Kart Construction & Equipment Co., Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-41187-7**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

     *Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Barbara A. Morgan | 2349 Liberty Road Bellevue, TX 76228 | H D Supply Waterworks | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Barbara A. Morgan | 2349 Liberty Road Bellevue, TX 76228 | Kirby-Smith Machinery, Inc. | ☐ D _____ <br> ■ E/F   3.34 <br> ☐ G _____ |
| 2.3 | Barbara A. Morgan | 2349 Liberty Road Bellevue, TX 76228 | RDO Equipment Co. | ☐ D _____ <br> ■ E/F   3.40 <br> ☐ G _____ |
| 2.4 | Jerry W. Morgan | 2349 Liberty Road Bellevue, TX 76228 | Contractors Fuel & Oil Supply, Inc. | ☐ D _____ <br> ■ E/F   3.16 <br> ☐ G _____ |
| 2.5 | Jerry W. Morgan | 2349 Liberty Road Bellevue, TX 76228 | Denali Trucking Services, L.P. | ☐ D _____ <br> ■ E/F   3.18 <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

| Debtor | Kart Construction & Equipment Co., Inc. | Case number *(if known)* | 17-41187-7 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| 2.6 | Jerry W. Morgan | 2349 Liberty Road<br>Bellevue, TX 76228 | H D Supply<br>Waterworks | ☐ D _____<br>■ E/F   3.25<br>☐ G _____ |
| 2.7 | Jerry W. Morgan | 2349 Liberty Road<br>Bellevue, TX 76228 | Holt Company | ☐ D _____<br>■ E/F   3.29<br>☐ G _____ |
| 2.8 | Jerry W. Morgan | 2349 Liberty Road<br>Bellevue, TX 76228 | Kirby-Smith<br>Machinery, Inc. | ☐ D _____<br>■ E/F   3.34<br>☐ G _____ |
| 2.9 | Jerry W. Morgan | 2349 Liberty Road<br>Bellevue, TX 76228 | RDO Equipment Co. | ☐ D _____<br>■ E/F   3.40<br>☐ G _____ |
| 2.10 | Jerry W. Morgan | 2349 Liberty Road<br>Bellevue, TX 76228 | Signature Equipment<br>Lease | ☐ D _____<br>■ E/F   3.46<br>☐ G _____ |